NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

————————————

**IN RE: ZAHNER DESIGN GROUP, LTD.,**
*Appellant*

————————————

2022-1026

————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/013,952.

————————————

**JUDGMENT**

————————————

MORRIS E. COHEN, Goldberg Cohen LLP, New York, NY, argued for appellant Zahner Design Group, Ltd. Also represented by LEE A. GOLDBERG; DONALD RHOADS, Rhoads Legal Group PC, New York, NY.

BENJAMIN T. HICKMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal. Also represented by THOMAS W. KRAUSE, AMY J. NELSON, BRIAN RACILLA, FARHEENA YASMEEN RASHEED.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LINN, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>July 7, 2022</u>
Date

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court